# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DIANA D. VARELA  
1115 SPRING HILL DRIVE  
ALGONQUIN, IL  60102

SSN-xxx-xx-0539

Case Number: 07-72881

Case filed on: 11/28/2007  
Plan Confirmed on:

T Transfered Case

Total funds received and disbursed pursuant to the plan:  $860.00                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 044 | GLENN STEARNS | 860.00 | 860.00 | 860.00 | 0.00 |
|  | Total Administration | 860.00 | 860.00 | 860.00 | 0.00 |
| 000 | BOHLMAN LAW OFFICES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DIANA D. VARELA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE LLC | 10,584.66 | 10,584.66 | 0.00 | 0.00 |
| 002 | CHASE HOME FINANCE LLC | 2,762.04 | 2,762.04 | 0.00 | 0.00 |
| 003 | GREATER CHICAGO FINANCE | 3,875.76 | 2,602.00 | 0.00 | 0.00 |
|  | Total Secured | 17,222.46 | 15,948.70 | 0.00 | 0.00 |
| 003 | GREATER CHICAGO FINANCE | 0.00 | 726.04 | 0.00 | 0.00 |
| 004 | ADVOCATE LUTHERAN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ADVOCATE LUTHERAN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALL SMILES DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ALLIED DATA CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL 1 BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CENTER FOR BRAIN & SPINE SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CERTEGY PAYMENT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ELK GROVE RADIOLOGY SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GREAT AMERICAN FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GREAT AMERICAN FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | GREATER CHICAGO FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HARVARD COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | I.C.S., INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ILLINOIS BONE & JOINT INSTITUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ILLINOIS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ILLINOIS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MEA-AEA, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MEDICAL BUSINESS BUREAU, LLC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MEDICAL COLLECTIONS SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MERCHANTS CR | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MIDWEST PHYSICAL THERAPY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | PARKRIDGE ANESTHESIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PELLETTIERI & HENNIBGS PC | 2,324.00 | 1,324.68 | 0.00 | 0.00 |
| 032 | PELLETTIERI | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | PLEASANTVIEW FPD | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | PROACTIV SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | EMERGENCY HEALTHCARE PHYSICIANS | 380.42 | 216.84 | 0.00 | 0.00 |
| 038 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | VILLAGE OF ALGONQUIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | AIDA AVILES | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ENCORE TALENT AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ROBERT VARELA | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SHORT TERM LOANS LLC | 371.50 | 211.75 | 0.00 | 0.00 |
|  | Total Unsecured | 3,075.92 | 2,479.31 | 0.00 | 0.00 |
|  | Grand Total: | 21,158.38 | 19,288.01 | 860.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $860.00 |
| Trustee Allowance: | $0.00 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                   /s/ Lydia S. Meyer
                                  Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008           By  /s/Heather M. Fagan